IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
MISSOURI WESTERN DIVISION

| | |
|---|---|
| **KATHY ZENTS,** | ) |
| | ) |
| Plaintiff | ) Case No. 4:22-cv-00007-SRB |
| v. | ) |
| | ) |
| **LUCKY OPCO, LLC, and** | ) |
| **SPARC GROUP, LLC,** | ) |
| Defendants. | |

### NOTICE OF DISMISSAL OF DEFENDANTS SPARC, LLC, SPARC 1, LLC AND LUCKY BRAND DUNGAREES STORES, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff hereby dismisses all claims and causes of action asserted in the above-captioned action against Defendants Sparc, LLC, Sparc 1, LLC and Lucky Brand Dungarees Stores, LLC only, with each party to bear their own costs, expenses, and attorneys' fees.

Dated: February 3, 2022    Respectfully submitted,

/s/ Sarah C. Liesen
Sarah Liesen, #65331
Edelman, Liesen & Myers, LLP
208 W. Linwood Blvd.
Kansas City, MO 64111
Telephone: (816) 301-4056
Facsimile: (816) 463-8449
sliesen@elmlawkc.com
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 3rd day of February, 2022 the foregoing was filed via the Missouri Electronic Filing system which sent notice to all attorneys of record.

/s/Sarah Liesen
**ATTORNEY FOR PLAINTIFF**